**Order entered August 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00775-CV

## FREDDY DAVENPORT D/B/A JIM'S CARWASH AND DALE DAVENPORT, Appellants

## V.

## CITY OF DALLAS, ET AL., Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04899**

## ORDER

Before the Court is the August 29, 2019 unopposed motion of the City of Dallas asking for additional time to file its brief. We **GRANT** the motion and **ORDER** appellee's brief due on or before September 30, 2019.

/s/    ERIN A. NOWELL
        JUSTICE